UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   ROBERT GIBSON,   Case No.   23-16430-MAM
Chapter 13
      Debtor.
_____/

JOSEPH P. KARAM,

      Plaintiff,   Adv. No. 23-01240
vs.

ROBERT GIBSON,

      Defendant.
_____/

**CERTIFICATE OF SERVICE**
and
**CERTIFICATE OF COMPLIANCE WITH
LOCAL RULE 9073-1(D)**

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Hearing (CP#2)

was served this 16th day of November, 2023 as follows:

Electronically to

Jeffrey Siskind jeffsiskind@msn.com

*I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.*

      Brian K. McMahon, P.A.
      1401 Forum Way Suite 730
      West Palm Beach, FL. 33401
      Telephone:  561-478-2500
      Facsimile:  561-478-3111

By:   */s/ Brian K. McMahon*
      Attorney for the Debtor
      FBN:  0853704