Form CGFD82  (10/01/16)



**ORDERED in the Southern District of Florida on November 13, 2024**



**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov
## Division:   West Palm Beach

In re:

**Name of Debtor(s):**  Robert Allen Gibson

**Case Number:** 23−16430−MAM

─────────────────────────────────────────────/

**Joseph Karam**

Plaintiff(s)

**VS.**

**Adversary Number: 23−01240−MAM**

**Robert Gibson**

Defendant(s)

─────────────────────────────────────────/

## ORDER DISMISSING ADVERSARY PROCEEDING

   The main bankruptcy case, No. **23−16430−MAM** related to this adversary proceeding was dismissed on **11/8/2024**. Accordingly, it is:

   **ORDERED** that pursuant to Local Rule 7041−1(B) the above styled adversary proceeding is hereby dismissed. Should the main bankruptcy case be reinstated, plaintiff may move for an order reinstating this cause of action and the matter will be reset for pretrial/trial.

*# # #*

The clerk shall serve a copy of this order on all parties to this proceeding.